No. 64186.—Ross Products, Inc., et al. v. United States, protests 59/24430, etc. (New York).

Opinion by OLIVER, C. J. In accordance with oral stipulation of counsel that the dice in question are in chief value of "polyurethane foam, a plastic material," and that they are not similar in use to any article named or enumerated in the tariff act, the claim of the plaintiffs was sustained. Protest 59/22855, having been abandoned as to entry 725700, was dismissed as to said entry.

No. 64187.—Aimcee Wholesale Corp. and W. J. Byrnes & Co. of N.Y., Inc., et al. v. United States, protests 58/22764, etc. (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of valances similar in all material respects to those the subject of D. N. & E. Walter & Co. et al. v. United States (43 Cust. Ct. 26, C.D. 2098), the claim of the plaintiffs was sustained.

No. 64188.—John W. Lewis v. United States, protests 282346–K and 282351–K (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of Chester K. Stoner v. United States (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.